UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA POSTLEWAITE,

    Plaintiff,

    v.

WELLS FARGO, et al.,

    Defendants.
_____/

No. C 11-4563 PJH

**ORDER DENYING MOTION FOR LEAVE TO AMEND COMPLAINT**

    Plaintiff Pamela Postlewaite seeks an order allowing the filing of an amended complaint in this action. Specifically, she seeks leave to amend the complaint to add a new defendant – Western National Trust Company – and also to allege additional facts against defendant Wells Fargo. The motion is DENIED.

    The motion was not filed in accordance with the requirements of the Civil Local Rules of this court, as it is not supported by points and authorities, see Civ. L.R. 7-2, 7-4; and the proposed amended complaint was not included as part of the motion, see Civ. L.R. 10-1. Further, as to defendant Wells Fargo, judgment was entered on November 14, 2011, and the motion states no basis for setting aside the judgment.

    The date for the hearing on the motion, previously set for March 14, 2012, is VACATED.

**IT IS SO ORDERED.**

Dated: February 2, 2012

                                             _____
                                             PHYLLIS J. HAMILTON
                                             United States District Judge