UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA POSTLEWAITE,

    Plaintiff,

    v.

WELLS FARGO, et al.,

    Defendants.
_____/

No. C 11-4563 PJH

**ORDER DISMISSING DEFENDANT NDEX WEST LLC**

    The court having dismissed the claims asserted against defendant Wells Fargo, and plaintiff having failed to file a renewed request for entry of default against defendant NDEx West, LLC ("NDEx") as directed by the order entered on February 2, 2012, the court finds that the claims against NDEx must be dismissed for failure to prosecute, and that the entire action must be dismissed.

**IT IS SO ORDERED.**

Dated: June 15, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge